IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



GREGORY L. WALLACE,

Plaintiff,

vs.

CCCS, INC. et al.,

Defendants.

CV 15-125-BLG-SPW

ORDER

United States Magistrate Judge Carolyn Ostby entered Findings and Recommendation in this matter on December 21, 2015. Plaintiff is not entitled to file objections. *See Minetti v. Port of Seattle*, 152 F.3d 1113, 1114 (9th Cir. 1998). I have reviewed the file and find the Findings and Recommendation to be well reasoned and supported by the record.

Accordingly, IT IS HEREBY ORDERED:

Judge Ostby's Findings and Recommendations (doc. 5) are ADOPTED IN FULL;

IT IS FURTHER ORDERED that Wallace's Motion to Proceed *In Forma Pauperis* (doc. 1) is DENIED.

FINALLY, IT IS ORDERED that the Clerk of Court shall close this matter and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure if Wallace fails to pay the filing fee within thirty days.

DATED this 12th day of January 2016.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge